UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Interelate, Inc.,

Plaintiff,

vs.

Kaplan Companies, Inc.,

Defendant.

Case No.: 01-1600 ADM/SRN

**STIPULATION AND ORDER**

---

**RECITALS**

1. The litigation between the parties began in North Carolina in June 2001 and the companion case is currently pending in United States District Court for the Middle District of North Carolina.

2. This litigation was commenced in August 2001 by the Plaintiff Interelate, Inc., filed in Hennepin County District Court and later removed to United States District Court. Plaintiff seeks approximately $1 million in damages.

3. A scheduling order was issued on November 28, 2001, requiring discovery to be completed on or before July 1, 2002. In addition, the scheduling order provided for no more than 5 depositions shall be taken by any party.

4. In the initial Rule 26 disclosures, Plaintiff identified eleven witnesses and Defendant identified nine witnesses.

5. It now turns out that a number of the identified witnesses are employed by third parties located outside the state of Minnesota, necessitating numerous out-of-town depositions

FILED MAY 29 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

and scheduling difficulties. This situation was not anticipated at the time of scheduling. Additionally, delays in depositions results in delays of information for expert witnesses.

The parties hereby stipulate and agree that:

1. The pretrial scheduling order dated November 28, 2001, should be amended with permission of the Court.

2. The deadline for completion of discovery is extended from July 1, 2002 to September 1, 2002.

3. The deadline for disclosure of the identity, under Rule 26(a)(2)(A), and full disclosure of expert testimony required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness on behalf of Defendant Kaplan Companies, Inc. shall be extended to July 1, 2002.

4. The deadline for disclosure of the identity, under Rule 26(a)(2)(A), and full disclosure of expert testimony required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness on behalf of Plaintiff Interelate, Inc. shall be extended to August 1, 2002.

5. The deadline for any rebuttal report of Defendant Kaplan Companies, Inc.'s expert shall be due on or before August 15, 2002.

6. Each party shall be allowed to take no more than 12 depositions excluding expert witness depositions.

7. All non-dispositive motions and supporting documents including those which relate to discovery shall be served and filed by September 15, 2002.

FREDRIKSON & BYRON, P.A.

Dated: May 24 2002

By Crystal M. Ovsak

David R. Marshall, #184457
Crystal M. Ovsak, #030492X
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402
(612) 347-7024

ATTORNEYS FOR PLAINTIFF

MESHBESHER & SPENCE, LTD.

Dated: May 24, 2002

By______________________

Daniel J. Boivin, #135215
1616 Park Avenue
Minneapolis, MN 55404
(612) 339-9121

ATTORNEYS FOR DEFENDANT

**SO ORDERED:**

Dated: 5/29/02

Susan Richard Nelson

Susan Richard Nelson
United States Magistrate Judge

No further extensions will be granted.

*Featured Speakers Include:*

**District of Minnesota**

**Judge David S. Doty**

**Judge Donovan W. Frank**

**Judge Paul A. Magnuson**

**Judge Ann D. Montgomery**

**Judge John R. Tunheim**

**Chief Magistrate Judge Jonathan Lebedoff**

**Magistrate Judge Arthur J. Boylan**

**United States Bankruptcy Court**
**District of Minnesota**

**Judge Robert J. Kressel**

**Application Pending for 7.5 CLE Credits including 2 Ethics and 1 Bias Credit**

**The Minnesota Chapter of the Federal Bar Association**
c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
PAID
Minneapolis, MN
Permit No. 2657

**MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION**

**In connection with**
**The Federal Judiciary**

# *28th Annual Federal Court Practice Seminar*

**June 19, 2002**
**8:00 am—5:15 pm**

**Minneapolis Convention Center**
**1301 Second Avenue South**
**Room 208**
**Minneapolis, MN 55402**
**(612) 335-6000**

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | **Registration** |
| 8:00-8:15 | **Opening Remarks and Welcome**, ***Judge Ann D. Montgomery*** |
| 8:15-9:00 | **Securities Law Issues in the Wake of Enron**, ***Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)*** |
| 9:00-9:45 | **Current Issues in Employment Law**, ***Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)*** |
| 9:45-10:00 | **Morning Break** |
| 10:00-10:45 | **Current Initiatives in the U.S. Attorneys' Office**, ***Tom Heffelfinger (U.S. Attorneys Office)*** |
| 10:45-11:45 | **Discovery Disputes: Professionalism in the Practice of Law?**, ***Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,*** |
| 11:45-12:45 | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | **The Clerk's Office Can Be Your New Best Friend**, ***Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon*** |
| 1:30-2:15 | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How**, ***Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)*** |
| 2:15-3:15 | **Issues in the Wake of 9/11: Racial Profiling --** ***Daniel M. Scott (U.S. Federal Public Defenders' Office)***; **Response by the Department of Justice --** ***Tony Brown (U.S. Attorneys Office)*** |
| 3:15:3:30 | **Afternoon Break** |
| 3:30-4:15 | **Update on Technology Tools for Litigating in Federal Court**, ***Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)*** |
| 4:15-5:15 | **Ethics in "Real Life" Practice Situations**, ***Martin A. Cole (Lawyers Professional Responsibility Office)*** |

## Seminar Registration

☐ Member $195.00
☐ Non-Member $225.00

Name ____________________
Firm/Employer ____________________
Address ____________________
____________________
____________________
Phone ____________________
E-Mail ____________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building