# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-1600 ADM/SRN **Case Title:** INTERELATE, INC. v. KAPLAN COMPANIES, INC.

**Affidavit of Movant**

I, Daniel J. Boivin, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice William F. Maready, an attorney admitted to practice in the Middle District of North Carolina but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant KAPLAN COMPANIES in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature ____ 135215 MN Attorney License # 7/19/02 Date

**Affidavit of Proposed Admittee**

I, William F. Maready, am currently a member in good standing of the U.S. District Court for the Middle District of North Carolina but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

William F. Maready
Type/Print Name

Signature ____ Date 7/16/02

Attorney License Number: 28806

Law Firm Name & Address: Law Offices of William F. Maready
1076 West Fourth Street Suite 100
Winston-Salem, NC 27101

Telephone: (336) / 722-1027

Motion Granted: ____
For the Court: Richard D. Sletten, Clerk

JUL 23 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(Prohacvice.wpd) (9/01)

FILED JUL 23 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____