**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Interelate, Inc., Plaintiff, | ) | Court File No. 01-1600 ADM/SRN |
| v. | ) | |
| Kaplan Companies, Inc., Defendant. | ) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41.01, Plaintiff Interelate, Inc. ("Interelate") and Defendant Kaplan Companies, Inc. ("Kaplan"), through their undersigned counsel, hereby stipulate and agree that this matter may be dismissed, with prejudice on the merits, and without costs or attorneys' fees to any party.

Dated: June 16, 2003

David R. Marshall (#184457)
Crystal M. Ovsak (#030492X)
FREDRIKSON & BYRON, P.A.
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402-1425
(612) 492-7000

**ATTORNEYS FOR PLAINTIFF**

Dated: June 11, 2003

Daniel Boivin (#135215)
MESHBESHER & SPENCE, LTD.
1616 Park Avenue
Minneapolis, Minnesota 55404
(612) 339-9121

and

FILED JUN 17 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

William Maready
THE LAW OFFICES OF
WILLIAM F. MAREADY
1076 West Fourth Street, Suite 100
Winston-Salem, NC 27101-2411
(336) 722-1027

**ATTORNEYS FOR DEFENDANT**

## ORDER

Upon the foregoing Stipulation of Dismissal with Prejudice,

IT IS HEREBY ORDERED that a dismissal of this matter with prejudice and on the merits, without costs to any party shall be entered in the above-entitled matter.

Dated: June 17, 2003.

BY THE COURT:

United States District Judge
ANN D. MONTGOMERY

#2811930\1